# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:07-cr-235-T-23TGW |
| JESUS ROBERTO CASTRO-SANCHEZ | USM Number: 94813-079 |
| | |
| | Defendant's Attorney: David Secular, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the July 12, 2007, superseding petition (Doc. 10).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New conviction--possession with intent to distribute methamphetamine | 01/17/06 |
| Two | Illegal re-entry in violation of special conditions of supervised release | 01/17/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 23, 2007
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

August 23, 2007
Date

DEFENDANT:     JESUS ROBERTO CASTRO-SANCHEZ     Judgment - Page 2 of 3
CASE NUMBER:   8:07-cr-235-T-23TGW

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SEVEN (7) MONTHS, to be served consecutively to the term of imprisonment imposed in Case No. 8:06-cr-57-T-17TBM.**

___   The court makes the following recommendations to the Bureau of Prisons:

_X_   The defendant is remanded to the custody of the United States Marshal.

___   The defendant shall surrender to the United States Marshal for this district:

    ___   at _____ a.m.   p.m.   on _____.

    ___   as notified by the United States Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___   before 2 p.m. on _____.

    ___   as notified by the United States Marshal.

    ___   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:          Sheet 3 - Supervised Release

DEFENDANT:        JESUS ROBERTO CASTRO-SANCHEZ        Judgment - Page  3  of  3
CASE NUMBER:      8:07-cr-235-T-23TGW

## SUPERVISED RELEASE

**THE COURT IMPOSES NO TERM OF SUPERVISED RELEASE.**